## SANDERSON v. HANCHETT BOND CO. et al.

No. 16327—Opinion Filed Sept. 15, 1925.

Motion to Vacate Dismissal Denied Sept. 29, 1925.

(Syllabus.)

### Appeal and Error—Failure to Give Notice—Dismissal.

Where no notice is given of an intention to appeal, the appeal will be dismissed.

Error from District Court, Tulsa County; Z. I. J. Holt, Judge.

Action between C. A. Sanderson and the Hanchett Bond Company et al. From the judgment the former brings error. Dismissed.

Davidson & Williams and Geo. E. Reeves, for plaintiff in error.

Randolph, Haver & Shirk, for defendants in error.

PER CURIAM. This case is appealed by plaintiff in error from a judgment rendered against him on the 3rd day of November, 1924, in the district court of Tulsa county. The record fails to show that plaintiff in error gave notice of his intention to appeal as required by section 782, C. O. S. 1921. This is fatal to this appeal. This statute is mandatory and jurisdictional. Crawford v. Shintaffer, 92 Okla. 22, 217 Pac. 867; Atkins v. Lynholm, 87 Okla. 123, 209 Pac. 319; Miller v. Brownfield, 73 Okla. 156, 175 Pac. 211; Holbert v. Patrick, 74 Okla. 290, 176 Pac. 903. The appeal is dismissed.

Note.—See under (1) 3 C. J. pp. 1202, § 1284, 1238, § 1341.